UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO RINCON-MARIN, on behalf of himself and all other similarly situated consumers, | ) ) ) | Case No.:  3:17-cv-00007-VLB |
| | ) | |
| Plaintiff, | ) ) | |
| | ) | |
| vs. | ) ) | |
| | ) | |
| CREDIT CONTROL, LLC. and LVNV FUNDING LLC | ) ) | |
| | ) | |
| Defendant. | ) | MARCH 28, 2017 |

## **APPLICATION FOR ADMISSION PRO HAC VICE**

COMES NOW, Peter M. Van Dyke, a duly licensed attorney in good standing with the Connecticut State Bar and the Connecticut Judiciary, and moves this court for admission to appear before this court by attorney Daniel Zemel, Esq., a New Jersey licensed lawyer, for the limited purpose of representing Pablo Rincon-Marin in this case. The attached Exhibit A contains an affidavit of Daniel Zemel, Esq. which fulfills the requirements of Local Rules 83.1(d) concerning his suitability. The undersigned has been associated as local counsel for Pablo Rincon-Marin, and recognizes his duties therewith. The undersigned assumes full responsibility for his duties to the court and for the conduct of the attorney to whom the privilege of pro hac vice admission is accorded.

Based on the foregoing, the undersigned respectfully requests that the Court consider the attached Affidavit and foregoing circumstances, and grant the Application for Admission Pro Hac Vice.

BY: /s/ Peter M. Van Dyke
       Peter M. Van Dyke (ct24747)
       Eagan, Donohue, Van Dyke & Falsey, LLP
       24 Arapahoe Road
       West Hartford, CT 06107
       Phone: 860-232-7200
       Fax:    860-232-0214
       pvd@eddf-law.com

**CERTIFICATION**

I hereby certify that on March 28, 2017 a copy of the foregoing was filed electronically and served by regular mail, postage prepaid, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/    Peter M. Van Dyke
       Peter M. Van Dyke

## **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO RINCON-MARIN, on behalf of himself and all other similarly situated consumers, | ) Case No.: 3:17-cv-00007-VLB<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| CREDIT CONTROL, LLC. and LVNV FUNDING LLC | )<br>)<br>) |
| Defendant. | ) |

## AFFIDAVIT OF DANIEL ZEMEL IN SUPPORT OF ADMISSION PRO HAC VICE

STATE OF NEW JERSEY )

                     ) :ss

COUNTY OF ESSEX )

I, Daniel Zemel, being duly sworn, depose and state under penalty of perjury the following assertions are true and correct, and of my own personal knowledge:

1. I am a resident of the State of New Jersey, and am over 18 years of age.  I have personal knowledge regarding the facts set forth in this Affidavit.  I make this Affidavit in support of the Application for Admission Pro Hac Vice to the U.S. District Court for the District of Connecticut.

2. My office address is 70 Clinton Avenue., Suite 3, Newark, New Jersey 07114. My telephone number is 862-227-3106. My fax number is 862-204-5901. My email address is DZ@zemellawllc.com.

3. I have been admitted to the following court bars:  New Jersey, Bar Number 111402014; New York, Bar Number 5346754; New Jersey Federal Court; Southern District of New York, Eastern District of New York; Northern District of New York.

4. I certify that I have no pending disciplinary complaints against me in any jurisdiction as to which a finding has been made that such complaint should proceed to a hearing.

5. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate my sponsoring attorney, Peter M. Van Dyke, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. I declare under the penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 27 day of march , 20 17.

_____

Daniel Zemel, Esq.

Affirmed
SUBSCRIBED and SWORN to before me this 27 day of march , 20 17.

_____ NOTARY PUBLIC in Newark ~~Essex~~, NJ

Fred Zemel
Attorney at law in New Jersey
ID # 037161986