IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO RINCON-MARIN, on behalf of himself and all other similarly situated consumers,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC<br><br>　　　　　Defendant. | Civil Action No.: 3:17-cv-00007- VLB<br><br><br><br><br><br><br>July 19, 2017 |

## APPLICATION FOR ADMISSION PRO HAC VICE

　　　　Richard Gora, Esq., undersigned counsel for the defendants, moves this Court to admit attorney Thomas R. Dominczyk, a New Jersey attorney, for the limited purpose of representing Credit Control, LLC in this case.

　　　　In support of this Application, the undersigned states as follows:

　　　　1.　　Dominczyk submits an affidavit, attached as Exhibit A, which fulfills the requirements of Local Rule 83.1(d).

　　　　2.　　If this application is granted, Dominczyk will serve as additional counsel for Credit Control, LLC. The undersigned movant will continue to serve as local counsel for Credit Control, LLC.

　　　　3.　　The granting of this application will not require modification of the scheduling order or of any deadlines.

　　　　WHEREFORE, the undersigned respectfully requests that this Honorable Court grant this Application for Admission Pro Hac Vice.

                                            **Respectfully submitted,**

                                            **/s/ Richard S. Gora**
                                            **Richard S. Gora (ct27479)**
                                            **Gora LLC**
                                            **9 W. Broad St., Suite 5500**
                                            **Stamford, CT 06902**
                                            **203-424-8021**
                                            rich@goralaw.com

                                            **Attorney for Defendant,**
                                            **Credit Control, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Peter M. Van Dyke, Esq.
Eagan, Donohue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT 06107
860-232-7200
pvd@eddf-law.com

Daniel Zemel, Esq.
Zemel Law LLC
78 John Miller Way, Suite 403
Kearny, New Jersey 07032
862-227-3106
dz@zemellawllc.com

                                            **/s/ Richard S. Gora**
                                            **Richard S. Gora**