UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO RINCON-MARIN, on behalf of himself and all other similarly situated consumers,<br><br>        Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC. and LVNV FUNDING LLC<br><br>        Defendant. | Case No.: 3:17-cv-00007-VLB<br><br>FINAL REPORT CONCERNING CLASS SETTLEMENT DISTRIBUTION |

**COMES NOW**, Class Counsel, Daniel Zemel, Esq., and files this Final Report concerning distribution of the Class settlement funds as Ordered by this Court on July 30, 2018, ECF 39.

Defendant has complied with each of the terms of settlement pursuant to the Court's July 30, 2018 Order. As can be seen from the attached Affidavit of Bailey Hughes, Exhibit A, Defendant provided all of the class funds to First Class, Inc. for distribution to each class member in the amount of $40.00. Of the 180[1] members that opted into the class 171 checks were cashed by the class members.

Defendant covered the class administration costs as set forth in the agreement in a timely manner. Defendant also made timely payment to the Lead Plaintiff, Mr. Rincon. Finally, Defendant paid Class Counsel's fee's and costs as set forth in Your Honor's July 30, 2018 Order.

Dated: December 3, 2018

                                                      /s/ Daniel Zemel
                                                      Daniel Zemel, Esq.

---

[1] Within the Courts July 30, 2018 Order, the Court referenced 183 Class Members. It appears this confusion came from those opt in claims which were submitted late. In total, there were 5 late claims in addition to the 175 timely claims, and therefore the Class size is 180 members.

ZEMEL LAW, LLC
1373 Broad St. Suite 203C
Clifton, New Jersey 07013
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
Class Counsel